UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| **LAUREN COPELAND and LEE WOODS,** on behalf of themselves and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>**STURM, RUGER & COMPANY, INC.,** and **FREESTYLE SOLUTIONS, INC.,**<br>Defendants. | Case No. 2:22-cv-06302-EP-CLW |

**PLAINTIFFS' NOTICE OF VOLUNTARY DISMISSAL
WITHOUT PREJUDICE PURSUANT TO F.R.C.P. 41(a)(1)(A)(i)**

Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiffs, through their undersigned counsel, hereby give notice that the above captioned action is voluntarily dismissed, without prejudice, against the Defendant **STURM, RUGER & COMPANY, INC**. Defendant has not filed an Answer nor moved for summary judgment so that voluntary dismissal without prejudice is appropriate under the voluntary dismissal procedures of F.R.C.P. 41(a)(1)(A)(i). The case will proceed as to the remaining Defendant, FreeStyle Software, Inc.

Dated: January 6, 2023

Respectfully submitted,

*/s/ Thomas Stavola, Jr.*
Thomas Stavola, Jr.
SIRI & GLIMSTAD LLP
Mason A. Barney (pro hac vice to be filed)
745 Fifth Ave, Suite 500 New York, NY 10151
Tel: (212) 532-1091
E: tstavola@sirillp.com
E: mbarney@sirillp.com

SO ORDERED

  s/Evelyn Padin  
Evelyn Padin, U.S.D.J.

Date: 1/10/2023