UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| LAUREN COPELAND and LEE WOODS, on behalf of themselves and all others similarly situated<br><br>Plaintiffs,<br><br>v.<br><br>FREESTYLE SOLUTIONS, INC.,<br><br>Defendant. | Civil Action No. 2:22-cv-06302-EP-CLW<br><br>NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE |

**NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE**

Plaintiffs Lauren Copeland and Lee Woods, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), hereby voluntarily dismiss this action in its entirety without prejudice.

Dated: January 19, 2023

Respectfully submitted,

_/s/ Thomas Stavola, Jr._

Thomas Stavola, Jr.
Mason A. Barney (*pro hac vice* to be filed)
**SIRI & GLIMSTAD LLP**
745 Fifth Ave, Suite 500
New York, NY 10151
Tel: (212) 532-1091
E: tstavola@sirillp.com
E: mbarney@sirillp.com

SO ORDERED

  s/Evelyn Padin
Evelyn Padin, U.S.D.J.

Date: 1/20/2023